UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JULIANN ASCENZO, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:19-CV-219-FL |
| KIRSTJEN M. NIELSEN ) | |
| *Secretary, United States Department of* ) | |
| *Homeland Security* ) | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on review of plaintiff's status regarding service on defendant.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered September 4, 2019 and November 6, 2019, that this case is dismissed WITHOUT PREJUDICE for failure to obtain service of the complaint upon defendant.

**This Judgment Filed and Entered on November 6, 2019, and Copies To:**
Juliann Ascenzo  (Via US Mail) 9305 Pine Trail Lane, Summerville, SC 29486

November 6, 2019			PETER A. MOORE, JR., CLERK

					 /s/ Sandra K. Collins
					(By) Sandra K. Collins, Deputy Clerk